# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

148981(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
      Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

      On order of the Chief Justice, the motion defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 25, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2018



Clerk